Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Cecil Shaw

*IT IS SO ORDERED*
*[signature]*
*Judge Edward J. Davila*
3/26/2013

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | No. 5:13-CV-000559-EJD |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF JEFF GHAN DBA TOGO'S EATERY ONLY** |
| vs. | |
| JOSEPH A. BONDI, et al., | |
| Defendants. | |

WHEREAS, Defendant Jeff Ghan dba Togo's Eatery has not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant Jeff Ghan dba Togo's Eatery have settled the matter among themselves;

Plaintiff hereby respectfully requests that <u>only</u> Defendant Jeff Ghan dba Togo's Eatery be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: March 25, 2013                MOORE LAW FIRM, P.C.


/s/Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff Cecil Shaw

*Shaw v. Bondi, et al.*
Notice of Voluntary Dismissal of Jeff Ghan dba Togo's Eatery only
Page 1