**PAHL & McCAY**
A Professional Law Corporation
**Fenn C. Horton III, Esq.** (State Bar No. 119888)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone: (408) 286-5100
Facsimile: (408) 286-5722
Email: fhorton@pahl-mccay.com

*Attorneys for Defendants Joseph A. Bondi, Marvin Douglas, Vicki Torrez, Ellen C. Prandi and Bruce Bondi*

IT IS SO ORDERED
Judge Edward J. Davila
3/26/2013

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>        Plaintiffs<br><br>v.<br><br>JOSEPH A. BONDI, et al.<br><br>        Defendants. | Case No. CV-13-0559-EJD<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>The Honorable Edward J. Davila |

Plaintiff Cecil Shaw ("Plaintiff") and Defendants Joseph A. Bondi, Marvin Douglas, Vicki Torrez, Ellen C. Prandi and Bruce Bondi ("Defendants"), by and through their respective attorneys, hereby stipulate as follows:

WHEREAS Plaintiffs filed their Complaint on February 07, 2013;

1. Plaintiff and Defendants agree that the time for Defendants to file their responsive pleadings shall be extended until May 23, 2013;

2. No other extensions of time have been granted in this case;

3. This Stipulation is not to be construed as delaying or postponing any

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

*4036/001-00289651.DOCX

-------------------- 1 --------------------
**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** (Case No. CV-13-0559-EJD )
BN 13447662v1

other scheduled events in this case.

IT IS SO STIPULATED.

DATED: March 25, 2013     PAHL & McCAY

By: _____/s/_____
 Fenn C. Horton III

*Attorneys for Defendants Joseph A. Bondi, Marvin Douglas, Vicki Torrez, Ellen C. Prandi and Bruce Bondi*

DATED: March 25, 2013     MOORE LAW FIRM, P.C.

By: _____/s/_____
 Tanya E. Moore

*Attorneys for Plaintiff Cecil Shaw*

### **Attestation Regarding Signatures**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Fenn C. Horton III, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 25, 2013     PAHL & McCAY

By: _____/s/_____
 Fenn C. Horton III

*Attorneys for Defendants Joseph A. Bondi, Marvin Douglas, Vicki Torrez, Ellen C. Prandi and Bruce Bondi*

**Pahl & McCay**
A Professional Corp.
225 W. Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

*4036/001-
00289651.DOCX

-------------------- 2 --------------------
**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**     (Case No. CV-13-0559-EJD )
BN 13447662v1