

1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw
6

7                                                              9/17/2013

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11 CECIL SHAW,                        )  No.  5:13-cv-00559-EJD
                                      )
12            Plaintiff,              )  **STIPULATION FOR DISMISSAL OF**
                                      )  **ACTION**
13       vs.                          )
                                      )
14 JOSEPH A. BONDI, Trustee of The Bondi )
   Family Trust B created under the Bondi )
15 Family 2002 Trust Agreement dated January )
   29, 2002, et al.,                  )
16                                    )
                                      )
17            Defendants.             )
                                      )
18 _____)

19      IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants

20 Joseph A. Bondi, Trustee of The Bondi Family Trust B created under the Bondi Family 2002

21 Trust Agreement dated January 29, 2002; Marvin Douglass, individually; Marvin Douglass,

22 Successor Co-Trustee of The Virginia Douglass Revocable Trust created by the Declaration of

23 Trust dated September 29, 2006; Vicki Torrez, individually; Vicki Torrez, Successor Co-

24 Trustee of The Virginia Douglass Revocable Trust created by the Declaration of Trust dated

25 September 29, 2006; Ellen C. Prandi, Successor Trustee of The Alexander F. And Ellen C.

26 Prandi, 1978 Trust, dated October 23, 1978; and Bruce Bondi, Successor Trustee of Trust

27 Established In The Will Of Ernest P. Martin, Deceased, under the provisions of a trust

28 agreement dated June 7, 1971, the parties remaining in this action, by and through their

STIPULATION FOR DISMISSAL OF ACTION

respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

The Clerk shall close this file.

Date: September 6, 2013                    MOORE LAW FIRM, P.C.


                                           */s/ Tanya E. Moore*_____
                                           Tanya E. Moore
                                           Attorney for Plaintiff
                                           Cecil Shaw

Date: September 16, 2013                   PAHL & MCCAY


                                           */s/ Fenn C. Horton, III*_____
                                           Fenn C. Horton, III
                                           Attorneys for Defendants
                                           Joseph A. Bondi, Trustee of The Bondi Family
                                           Trust B created under the Bondi Family 2002 Trust
                                           Agreement dated January 29, 2002; Marvin
                                           Douglass, individually; Marvin Douglass,
                                           Successor Co-Trustee of The Virginia Douglass
                                           Revocable Trust created by the Declaration of
                                           Trust dated September 29, 2006; Vicki Torrez,
                                           individually; Vicki Torrez, Successor Co-Trustee
                                           of The Virginia Douglass Revocable Trust created
                                           by the Declaration of Trust dated September 29,
                                           2006; Ellen C. Prandi, Successor Trustee of The
                                           Alexander F. And Ellen C. Prandi, 1978 Trust,
                                           dated October 23, 1978; Bruce Bondi, Successor
                                           Trustee of Trust Established In The Will Of Ernest
                                           P. Martin, Deceased, under the provisions of a trust
                                           agreement dated June 7, 1971

STIPULATION FOR DISMISSAL OF ACTION