1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw



IT IS SO ORDERED
Judge Edward J. Davila

9/17/2013

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CECIL SHAW, | No. 5:13-cv-00559-EJD |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION** |
| vs. | |
| JOSEPH A. BONDI, Trustee of The Bondi Family Trust B created under the Bondi Family 2002 Trust Agreement dated January 29, 2002, et al., | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants Joseph A. Bondi, Trustee of The Bondi Family Trust B created under the Bondi Family 2002 Trust Agreement dated January 29, 2002; Marvin Douglass, individually; Marvin Douglass, Successor Co-Trustee of The Virginia Douglass Revocable Trust created by the Declaration of Trust dated September 29, 2006; Vicki Torrez, individually; Vicki Torrez, Successor Co-Trustee of The Virginia Douglass Revocable Trust created by the Declaration of Trust dated September 29, 2006; Ellen C. Prandi, Successor Trustee of The Alexander F. And Ellen C. Prandi, 1978 Trust, dated October 23, 1978; and Bruce Bondi, Successor Trustee of Trust Established In The Will Of Ernest P. Martin, Deceased, under the provisions of a trust agreement dated June 7, 1971, the parties remaining in this action, by and through their

respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

      The Clerk shall close this file.

Date: September 6, 2013                         MOORE LAW FIRM, P.C.

                                                  */s/ Tanya E. Moore*
                                                  Tanya E. Moore
                                                  Attorney for Plaintiff
                                                  Cecil Shaw

Date: September 16, 2013                      PAHL & MCCAY

                                                  */s/ Fenn C. Horton, III*
                                                  Fenn C. Horton, III
                                                  Attorneys for Defendants
                                                  Joseph A. Bondi, Trustee of The Bondi Family Trust B created under the Bondi Family 2002 Trust Agreement dated January 29, 2002; Marvin Douglass, individually; Marvin Douglass, Successor Co-Trustee of The Virginia Douglass Revocable Trust created by the Declaration of Trust dated September 29, 2006; Vicki Torrez, individually; Vicki Torrez, Successor Co-Trustee of The Virginia Douglass Revocable Trust created by the Declaration of Trust dated September 29, 2006; Ellen C. Prandi, Successor Trustee of The Alexander F. And Ellen C. Prandi, 1978 Trust, dated October 23, 1978; Bruce Bondi, Successor Trustee of Trust Established In The Will Of Ernest P. Martin, Deceased, under the provisions of a trust agreement dated June 7, 1971